UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    MARK MCKAY,

No. 21-cv-4769

**O R D E R**

**AND NOW,** this 24th day of March, 2022, it appearing that Mark McKay has not complied with this Court's Order filed on November 5, 2021 (ECF No. 3), and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

1. This case is **DISMISSED**.

2. The Clerk of Court is **DIRECTED** to close this matter.

3. There is no cause to issue a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**